ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Northrop Grumman Corporation | ) ASBCA Nos. 62165, 62621 |
| | ) |
| Under Contract Nos. F33657-01-C-4600 | ) |
| F04701-02-C-0009 | ) |

APPEARANCES FOR THE APPELLANT:     Thomas A. Lemmer, Esq.
                                   K. Tyler Thomas, Esq.
                                   Sandra Sok, Esq.
                                     Dentons US LLP
                                     Denver, CO

APPEARANCES FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
                                     DCMA Chief Trial Attorney
                                   Kara M. Klaas, Esq.
                                     Trial Attorney
                                     Defense Contract Management Agency
                                     Chantilly, VA

ORDER OF DISMISSAL

The disputes in these unconsolidated appeals have been settled. The appeals are dismissed with prejudice.

Dated: August 12, 2025

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62165, 62621, Appeals of Northrop Grumman Corporation, rendered in conformance with the Board's Charter.

Dated:  August 12, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals